

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00628-CV

Brownsville Independent School District
v.
Arthur Rendon

On appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2016-DCL-8238-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED to the trial court for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

April 12, 2018